[No. 45306-8-I.   Division One.   August 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYNALDO JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04077-1, George A. Finkle, J., entered September 24, 1999. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Coleman and Webster, JJ.

[Nos. 44824-2-I; 44714-9-I.   Division One.   August 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN PAUL FREESE, *Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. DANIEL P. CANNON, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 98-1-01532-7, Larry E. McKeeman, J., entered May 5, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 46809-0-I.   Division One.   August 28, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. MARK S. PERREIRA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04892-6, Jeanette R. Burrage, J., entered May 26, 2000. *Remanded* by unpublished per curiam opinion.

[No. 46668-2-I.   Division One.   August 28, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. CLIFFORD TOLBERT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-50100-1, Helen Halpert, J., entered April 18, 2000. *Remanded* by unpublished per curiam opinion.